# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0110. DEBERRY-MELVIN v. HAMBY.**

Upon consideration of the Petition of Writ of Mandamus, the same is hereby DENIED. The juvenile court has already issued an order of dismissal and to seal the case. "[M]andamus shall not issue when the relief requested has been granted." (Citation and punctuation omitted.) *Grier v. Peed*, 276 Ga. 521 (578 SE2d 861) (2003).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/06/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*